**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2340**

JAMAAL GITTENS,

Plaintiff - Appellant,

v.

EQUIFAX,

Defendant - Appellee,

and

TRANSUNION,

Defendant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Chief District Judge.  (3:16-cv-00228-FDW-DSC)

Submitted:  April 16, 2020                                        Decided:  April 20, 2020

Before GREGORY, Chief Judge, and WYNN, Circuit Judge.[*]

Affirmed by unpublished per curiam opinion.

---

[*] The opinion is filed by a quorum pursuant to 28 U.S.C. § 46(d) (2018).

Jamaal Gittens, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamaal Gittens appeals from the district court's order dismissing his lawsuit against Equifax without prejudice for insufficient service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gittens v. Equifax*, No. 3:16-cv-00228-FDW-DSC (W.D.N.C. Nov. 5, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
